IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              CASE NO.  4:03-CR-49-SPM-1

LEON MORGAN ROLAND,

    Defendant.

_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE comes before the Court upon Defendant's Motion for Early Termination of Supervised Release (doc. 76). The Government filed a response in opposition (doc. 77), which reported that the Defendant had been arrested for the offenses of Aggravated Battery With a Deadly Weapon and Driving Under the Influence while his motion remained pending.

If "warranted by the conduct of the defendant released and the interest of justice" and after an analysis of the factors considered in 18 United States Code Section 3553(a), this Court may order early termination of supervised release. 18 U.S.C. § 3583(e).  However, "early termination is not warranted as a matter of course; on the contrary, it is only occasionally justified due to changed circumstances of a defendant, such as exceptionally good behavior." United

States v. Sheckley, 1997 U.S. App. LEXIS 32024, *5 (2d Cir. 1997) (internal quotations omitted).

Upon consideration, the Court determines that the Defendant has not demonstrated exceptionally good behavior sufficient to warrant early termination of his supervised release, as evidenced by his recent arrest for a violent offense, as well as his public intoxication. Accordingly, having considered all of the factors in 18 United States Code Section 3553(a), it is hereby

ORDERED AND ADJUDGED that the Motion for Early Termination of Supervised Release (doc. 76) is *denied*.

**DONE AND ORDERED** this twenty-sixth day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge